# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FERRILL JOSEPH VOLPICELLI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 83553 |
| FERRILL JOSEPH VOLPICELLI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 83554 ✓ **FILED**<br><br>OCT 21 2021<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |
| FERRILL JOSEPH VOLPICELLI,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 83555 |

## ORDER DISMISSING APPEALS

These are pro se appeals from orders denying motions for reconsideration. Second Judicial District Court, Washoe County; Kathleen A. Sigurdson, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, this court lacks jurisdiction to consider these appeals. *Phelps v. State*, 111 Nev. 1021,

SUPREME COURT<br>OF<br>NEVADA<br><br>(O) 1947A

21-30319

1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990).  Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Kathleen A. Sigurdson, District Judge
     Ferrill Joseph Volpicelli
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk